UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Troy E. Brooks

    v.                                                                       Case No. 21-cv-610-JL

Governor, State of NH

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 30, 2021.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Date: September 14, 2021

cc:    Troy E. Brooks, pro se